

101 6th Avenue
New York, New York 10013
Phone: 646.341.6544
Fax: 646.341.6565

sstecker@constangy.com
646.341.6554

January 19, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   01/20/2022

The parties are directed to submit a Case Management Plan and Scheduling Order and joint letter on or before February 24, 2022.

**Re:   Nisim Mushiev v. Asurion, LLC, Case No. 1:21-cv-07565-VSB – Adjournment Request**

Your Honor:

I represent Defendant Asurion, LLC in this case. I write jointly with counsel for Plaintiff Nisim Mushiev. The parties are appearing for a mediation on February 10, 2022. The parties, therefore, respectfully request adjournment of the January 24, 2022 deadline to submit a joint letter, proposed case management plan, and scheduling order. *See* Doc. No. 14.

          Respectfully submitted,

          *s/ Stephen Stecker*

          Stephen Stecker
          Counsel for Defendant